1  MCGUIREWOODS LLP
   PATRICIA L. VICTORY SBN #240114
2  (pvictory@mcguirewoods.com)
   1800 Century Park East, 8th Floor
3  Los Angeles, CA 90067
   Telephone:  310.315.8200
4  Facsimile: 310.315.8210

5  *Attorney for Defendants*
   *Bank of America, N.A. and*
6  *Aurora Loan Services, LLC*

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL N. BERKE and GAIL M. BERKE,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a national banking association; AURORA LOAN SERVICES LLC, a Delaware Limited Liability Company; JPMORGAN CHASE BANK, N.A. a national banking association, doing business as Chase Bank; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. CV 11-09907 R (CWx)<br><br>**ORDER ON STIPULATION BY AND BETWEEN PLAINTIFFS AND DEFENDANTS FOR REMAND AND TO PLACE FEBRUARY 6, 2012 HEARING OFF CALENDAR**<br><br>**Removed from Superior Court of California, Los Angeles County Case No. PC051792** |

---

PROPOSED ORDER ON STIPULATION FOR REMAND

## ORDER

This matter is before the Court on a Stipulation By and Between Plaintiffs and Defendants for Remand and to Place February 6, 2012 Hearing Date Off Calendar. For the reasons stated in said Stipulation, this matter is hereby REMANDED to the Superior Court of the State of California, for the County of Los Angeles, California. Defendant Bank of America, N.A. and Aurora Loan Services, LLC's Motion to Dismiss and Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss are moot. The February 6, 2012 hearing is hereby placed off calendar and no appearances are required by the parties.

So ordered, this 6th day of February, 2012.

_____
Hon. Manuel L. Real
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2012, I electronically filed the foregoing **[PROPOSED] ORDER ON STIPULATION BY AND BETWEEN PLAINTIFFS AND DEFENDANTS FOR REMAND AND TO PLACE FEBRUARY 6, 2012 HEARING OFF CALENDAR** with the Clerk of the Court using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

By: /s/ Patricia L. Victory